# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>GARY WILLIAMS<br>DOB: xx/xx/xxxx<br>PDID: xxx-xxx<br><br>*Defendant(s)* | )<br>)<br>)  Case: 1:21-mj-00659<br>)  Assigned To : Harvey, G. Michael<br>)  Assign. Date : 11/16/2021<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 16, 2021__ in the county of __Washington__ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1)<br>and § 841(b)(1)(B)(iii);<br>21 U.S.C. § 841(a)(1)<br>and § 841(b)(1)(C);<br>21 U.S.C. § 841(a)(1)<br>and § 841(b)(1)(C);<br>18 U.S.C. § 924(c)(1)<br>18 U.S.C. § 922(g)(1) | unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 28 grams or more; unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance; and a mixture and substance containing a detectable amount of PCP, a Schedule II, controlled substance; (continued on page 2) |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

ALLEE RAMADHAN, Senior Police Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means). Sworn to before me and signed in my presence.

Date: __11/16/2021__

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2021.11.16 18:08:17 -05'00'

*Judge's signature*

City and state: __WASHINGTON, D.C.__  G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00659 |
| | ) Assigned To : Harvey, G. Michael |
| GARY WILLIAMS | ) Assign. Date : 11/16/2021 |
| DOB: xx/xx/xxxx | ) Description: COMPLAINT W/ ARREST WARRANT |
| PDID: xxx-xxx | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 16, 2021** in the county of **Washington** in the **_____** District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(iii); 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C); 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C); 18 U.S.C. § 924(c)(1) 18 U.S.C. § 922(g)(1) | did unlawfully and knowingly use, and carry during and in relation to, and possess a firearm, that is, a Glock .40 caliber handgun in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States; and knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Glock .40 caliber handgun and .40 caliber ammo |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

ALLEE RAMADHAN, Senior Police Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means). Sworn to before me and signed in my presence.

Date: 11/16/2021

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2021.11.16 18:06:55 -05'00'

*Judge's signature*

City and state: WASHINGTON, D.C.

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*